GRACE LYNCH, GENERAL ADMINISTRATRIX, ETC., PLAIN-
TIFF-RESPONDENT, v. UNITED FRUIT COMPANY,
DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 404.

*Messrs. O'Mara, Conway & Schumann* and *Mr. Gerald F.
O'Mara,* for the petitioner.

*Mr. Nathan Baker* for the respondent.

October 31, 1949.   Granted.

INTERNATIONAL UNION OF UNITED BREWERY, FLOUR,
CEREAL, SOFT DRINK AND DISTILLERY WORKERS OF
AMERICA, C. I. O., ET AL., PLAINTIFFS-PETITIONERS,
v. CARL BECHERER, ET AL., DEFENDANTS-RESPOND-
ENTS.

See same case below: 4 *N. J. Super.* 456.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman,* for the
petitioners.

*Mr. William F. Nies* for the respondents.

November 7, 1949.   Denied.